D-619-CV-201400370 - Thursday, January 29, 2015

## Tonnie Mathis

v.

## David L. Handley, et. al.

### CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | | COURT |
|---|---|---|---|---|
| D-619-CV-201400370 | DeLaney, Jennifer E. | 12/15/2014 | DEMING District | |

### PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | HANDLEY DAVID L. |
| D | Defendant | 2 | FEDERAL EXPRESS CORPORATION |
| D | Defendant | 3 | FEDEX FREIGHT, INC. |
| D | Defendant | 4 | FEDEX GROUND PACKAGE SYSTEM, INC. |
| P | Plaintiff | 1 | MATHIS TONNIE |

ATTORNEY: SEGEL RONALD J.

### CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 12/15/2014 | 1 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| | | |

### REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 01/08/2015 | CERTIFICATE/ PROOF OF MAILING<br>Certificate of Service - Federal Express, et al.<br>4 pgs | | D | 2 | |
| 01/08/2015 | CERTIFICATE/ PROOF OF MAILING<br>Certificate of Service - Service of Process David L. Handley<br>1st set of Interrogatories and request for Production to Defendant.<br>2 pgs | | D | 1 | |
| 12/19/2014 | | | | | |
| 12/19/2014 | | | | | |
| 12/19/2014 | | | | | |
| 12/19/2014 | | | | | |
| 12/15/2014 | OPN: COMPLAINT<br>Complaint for Damages for Injury:<br>3 pgs | | | | |

### JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 12/15/2014 | DeLaney, Jennifer E. | 1 | INITIAL ASSIGNMENT |


EXHIBIT A

Case 2:15-cv-00075-KG-GJF   Document 1-1   Filed 01/29/15   Page 2 of 13

SIXTH JUDICIAL DISTRICT
LUNA COUNTY NM
FILED IN MY OFFICE
12/15/2014 2:05:05 PM
ANGELIC C. GUTIERREZ
DISTRICT COURT CLERK
Amy Cardenas

STATE OF NEW MEXICO
COUNTY OF LUNA
SIXTH JUDICIAL DISTRICT COURT

TONNIE MATHIS,

    Plaintiff,

vs.                                                                 No. D-619-CV-2014-00370

DAVID L. HANDLEY, FEDERAL EXPRESS
CORPORATION, FEDEX FREIGHT, INC., and
FEDEX GROUND PACKAGE SYSTEM, INC.,

    Defendants.

## COMPLAINT FOR DAMAGES FOR INJURY

1.     Plaintiff is a resident of, and the acts and omissions which are the subject of this action occurred in, Luna County New Mexico.

2.     Defendant David L. Handley ("Handley") is a non-resident of this state, but is subject to the jurisdiction of this Court pursuant to NMSA 1978, § 38-1-16 (A).

3.     Defendants Federal Express Corporation, FedEx Freight, Inc., and FedEx Ground Package System (collectively, "the FedEx defendants") are corporations that regularly do business in New Mexico and that are subject to the jurisdiction of this Court pursuant to NMSA 1978, § 38-1-16 (A).

4.     On October 3, 2014, Handley was an employee or agent of one or more of the FedEx defendants, engaged by that defendant or those defendants to operate a tractor trailer for the transportation of goods.

1

5. In the pre-dawn hours of October 3, 2014, Handley was driving a tractor-tandem trailer rig that was owned or operated by one or more of the FedEx defendants on westbound Interstate 10 near Deming, New Mexico.

6. Handley drove the tractor-tandem trailer rig negligently, causing the rig to overturn.

7. Handley was within the course and scope of his employment or agency relationship with one or more of the FedEx defendants, thereby making that defendant or those defendants liable for his negligence.

8. After the rig overturned, the tandem trailers blocked both westbound lanes of the highway.

9. Plaintiff was driving west on Interstate 10 and collided with the overturned trailers.

10. At the time of the collision, the overturned trailers were not illuminated and were not marked by warning lights or markers.

11. At the time of the collision, the overturned trailers were not reasonably visible to an approaching motorist traveling at normal highway speeds, such as plaintiff, until the approaching motorist was too close to the trailers to avoid a collision.

12. As a result of the negligence of Handley and of the collision, plaintiff's car was demolished, and plaintiff suffered personal injuries. Plaintiff's injuries resulted in past and future physical and emotional pain and suffering, past and future medical and related expense, and past and future loss of earnings.

13. Handley and one or more of the FedEx defendants are jointly and severally liable for plaintiff's losses and damages that were caused by the negligence of Handley.

14.     At the time he overturned the rig he was driving, Handley was driving over the legally-allowable number of hours or while insufficiently rested, causing him to fall asleep while driving.

15.     Handley's conduct was willful, reckless, or wanton, thereby making him liable to plaintiff for punitive damages.

16.     One or more of the FedEx defendants knew or reasonably should have known that Handley was driving over the legally-allowable number of hours or while insufficiently rested, and thereby authorized, participated in or ratified the wrongful conduct of Handley. One or more of the FedEx defendants are therefore also liable to plaintiff for punitive damages.

WHEREFORE, plaintiff demands judgment against defendants, jointly and severally, for such compensatory and punitive damages as are reasonable, costs, and pre-judgment and post-judgment interest.

Respectfully submitted:

WILL FERGUSON & ASSOCIATES

*/s/ Ronald Segel*
RONALD SEGEL
*Attorneys for Plaintiff*
1720 Louisiana Blvd. NE, Suite 100
Albuquerque, NM 87110
Phone: 505 243-5566
Fax: 505 243-5699
ron@fergusonlaw.com

6TH JUDICIAL DISTRICT
LUNA COUNTY NM
FILED IN MY OFFICE
1/8/2015 2:23:38 PM
ANGELIC C. GUTIERREZ
DISTRICT COURT CLERK
Amy Cardenas

STATE OF NEW MEXICO
COUNTY OF LUNA
SIXTH JUDICIAL DISTRICT COURT

TONNIE MATHIS,

        Plaintiff,

vs.                                      No. D-619-CV-2014-00370

DAVID L. HANDLEY, FEDERAL EXPRESS
CORPORATION, FEDEX FREIGHT, INC., and
FEDEX GROUND PACKAGE SYSTEM, INC.,

        Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel for plaintiff certifies that service of the Summons, Complaint for Damages for Injury, Plaintiff's 1st Set of Interrogatories and Plaintiff's 1st Set of Request for Production to Defendants Federal Express Corporation, Fedex Freight, Inc. and Fedex Ground Package System, Inc. was made to CT Corporation System, as registered agent by certified mail, return receipt requested, pursuant to Rule 1-004 (E)(3) NMRA, on December 30, 2014. The attached Exhibit 1 provides evidence of such service. The recipient of service by certified mail (Roland Atencio, as representative for Defendants Federal Express Corporation, Fedex Freight, Inc. and Fedex Ground Package, System, Inc., signed the return receipt on December 30, 2014.

        Respectfully submitted,

        WILL FERGUSON & ASSOCIATES

        */s/ Ronald Segel*
        RONALD SEGEL
        Attorneys for Plaintiff
        1720 Louisiana Blvd. NE, Suite 100
        Albuquerque, NM 87110
        (505) 243-5566 Telephone
        (505) 243-5699 Facsimile





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    FEDEX Freight, Inc.
    c/o CT Corporation System
    123 E. Marcy St.
    Santa Fe, NM 87501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Roland Atencio_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Roland Atencio
C. Date of Delivery: 12-30-14

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Priority Mail Express™
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, July 2013    Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

WILL FERGUSON & ASSOCIATES
Attn: RS/geu    RECEIVED JAN 0 5 2014
1720 Louisiana Blvd NE, Suite 100
Albuquerque, New Mexico 87110

Mathis

01/03



EXHIBIT 2

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FEDEX Ground Package System, Inc.
c/o CT Corporation System
123 E. Marcy St.
Santa Fe, NM 87501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Roland [signature]_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Roland Frasio
C. Date of Delivery: 12.30.14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 1570 0002 8104 2849

PS Form 3811, July 2013   Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

[Postmark: ALBUQUERQUE NM, 03 JAN PM]

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

RECEIVED JAN 0 5 2015

WILL FERGUSON & ASSOCIATES
Attn: _RSlsem_
1720 Louisiana Blvd NE, Suite 100
Albuquerque, New Mexico 87110

M.Athis

**EXHIBIT 3**

6TH JUDICIAL DISTRICT
LUNA COUNTY NM
FILED IN MY OFFICE
1/8/2015 2:23:38 PM
ANGELIC C. GUTIERREZ
DISTRICT COURT CLERK
Amy Cardenas

STATE OF NEW MEXICO
COUNTY OF LUNA
SIXTH JUDICIAL DISTRICT COURT

TONNIE MATHIS,

        Plaintiff,

vs.                                      No. D-619-CV-2014-00370

DAVID L. HANDLEY, FEDERAL EXPRESS
CORPORATION, FEDEX FREIGHT, INC., and
FEDEX GROUND PACKAGE SYSTEM, INC.,

        Defendants.

## CERTIFICATE OF SERVICE ON DAVID L. HANDLEY

The undersigned counsel for plaintiff certifies that service of the Summons, Complaint for Damages for Injury, Plaintiff's 1st Set of Interrogatories and Plaintiff's 1st Set of Request for Production to Defendant David L. Handley was made by certified mail, return receipt requested, pursuant to Rule 1-004 (E)(3) NMRA, on January 2, 2015. The attached Exhibit 1 provides evidence of such service.

        Respectfully submitted,

        WILL FERGUSON & ASSOCIATES

        */s/ Ronald Segel*
        RONALD SEGEL
        Attorneys for Plaintiff
        1720 Louisiana Blvd. NE, Suite 100
        Albuquerque, NM 87110
        (505) 243-5566 Telephone
        (505) 243-5699 Facsimile

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. David L. Handley
   16660 Pride Port Hudson Rd.
   Price, LA 70770

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Mike Sturr
C. Date of Delivery: 01/02/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Stamp: PRIDE — JAN 03 2015

3. Service Type
   ☑ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 1570 0002 8104 2863

PS Form — UNITED STATES POSTAL SERVICE Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box•

RECEIVED JAN 0 6 2014
WILL FERGUSON & ASSOCIATES
Attn: RG/gew
1720 Louisiana Blvd NE, Suite 100
Albuquerque, New Mexico 87110

Mathis

**EXHIBIT 1**