IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TONNIE MATHIS,

      Plaintiff,

vs.                                                      No. 2:15-CV-00075-KG-GJF

ALAN W. RILEY, INC., and
FEDEX GROUND PACKAGE
SYSTEM, INC.,

      Defendants.

## JOINT MOTION FOR DISMISSAL

Plaintiff Tonnie Mathis and Defendants Alan W. Riley, Inc., FedEx Ground Package System and David Handley (deceased) respectfully move this Court for an Order of Dismissal, with prejudice, of the claims that Plaintiff has asserted against Defendants in the above-captioned matter.

As grounds for this Motion, the Parties state that all matters in controversy between Plaintiff and Defendants have been fully settled and compromised, and there is no further dispute or controversy to be decided by this Court. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, PA

By: _____
      Brenda Saiz
      Michael E. Kaemper
      PO Box 1888
      Albuquerque, NM 87103
      Telephone: 765-5900; Facsimile: 768-7395
      Email: bsaiz@rodey.com; mkaemper@rodey.com
      *Attorneys for Defendants*

And

SAMUEL KANE, P.A.

By: *Electronically Approved on August 17, 2016*
        Samuel Kane
        1018 East Amador
        Las Cruces, NM 88001
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

We hereby certify that a copy of this pleading was served on counsel of record via the

Court's electronic filing system this 17th day of August, 2016:

Samuel Kane
1018 East Amador
Las Cruces, NM 88001
Telephone: (575) 526-5263
Facsimile:  (575) 647-5264
Email: sam_kane@yahoo.com
*Attorneys for Plaintiff*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: _____
        Michael E. Kaemper