FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

AUG 1 7 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TONNIE MATHIS,

    Plaintiff,

vs.     No. 2:15-CV-00075-KG-GJF

ALAN W. RILEY, INC., and
FEDEX GROUND PACKAGE
SYSTEM, INC.,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER came before the Court on a Joint Motion for Dismissal and the Court, having considered the Motion, hereby finds that it is well-taken.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that all matters in controversy between Plaintiff Tonnie Mathis and Defendants Alan W. Riley, Inc., FedEx Ground Package System and David Handley (deceased) have been fully settled and compromised, and that all claims and causes of action that were or could have been brought by Plaintiff against Defendants in this case as a result of the Incident on or about October 3, 2014, including but not limited to those brought in Plaintiff's Complaint for Damages for Injury, and any Amended Complaints subsequently filed or contemplated, are DISMISSED WITH PREJUDICE.

Each party shall bear its own costs and attorneys' fees.

_____
KENNETH J. GONZALES,
UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED BY:

RODEY, DICKASON, SLOAN, AKIN & ROBB, PA

By: _____
   Michael E. Kaemper
   PO Box 1888
   Albuquerque, NM 87103
   Telephone: 765-5900
   Facsimile: 768-7395
   Email: mkaemper@rodey.com
   *Attorneys for Defendants*

And

SAMUEL KANE, P.A.

By: *Electronically Approved on August 17, 2016*
   Samuel Kane
   1018 East Amador
   Las Cruces, NM 88001
   Attorneys for Plaintiff